**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **TEMPLE BAPTIST CHURCH OF RUSTON INC** | **CIVIL ACTION NO. 21-cv-4324** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **EMPLOYERS MUTUAL CASUALTY CO** | **MAG. JUDGE KAYLA D. McCLUSKY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 36] previously filed herein, and having thoroughly reviewed the record, no objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Appoint Impartial Umpire [Doc. No. 18] filed by Temple Baptist Church of Ruston, Inc. ("Temple Baptist") is **GRANTED** and that Cade R. Cole (or if he declines, John C. Robinson) is appointed as umpire.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant Employer's Mutual Casualty Company's ("EMC") Compound Motion to Disqualify Plaintiff's Appraiser, Remedy Plaintiff's Interference, Appoint an Appropriate Umpire, and Vacate or Adjust Deadlines [Doc. No. 21] is **GRANTED IN PART**, and that the current Scheduling Order [Doc. No. 14] is **VACATED,** and this matter is **STAYED**, pending the new umpire's decision.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that EMC's Compound Motion [Doc. No. 21] is otherwise **DENIED.**

MONROE, LOUISIANA, this the 17th day of November 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**